IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMMONWEALTH ELECTRIC COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 4:06CV3043 |
| v. | ) ) | |
| EMPLOYERS INSURANCE OF WAUSAU A MUTUAL COMPANY, | ) ) ) | ORDER |
| Defendant. | ) ) | |

Magistrate Judge Piester has recused himself from this case.

IT THEREFORE HEREBY IS ORDERED,

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

DATED this 1st day of May, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge