IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COMMONWEALTH ELECTRIC COMPANY, ) ) ) Plaintiff, ) ) v. ) ) EMPLOYERS INSURANCE OF ) WAUSAU A MUTUAL COMPANY, ) ) Defendant. ) ) | 4:06CV3043<br><br>REASSIGNMENT ORDER |

    Pursuant to the recusal of Magistrate Judge David L. Piester (Filing No. 12) in the above matter,

    IT IS ORDERED that this case is reassigned to Magistrate Judge F.A. Gossett for pretrial supervision and remains assigned to District Judge Richard G. Kopf for all dispositive matters.

    DATED this 1st day of May, 2006.

                                  BY THE COURT:

                                  s/ Joseph F. Bataillon
                                  JOSEPH F. BATAILLON
                                  United States District Judge