IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COMMONWEALTH ELECTRIC COMPANY OF THE MIDWEST,<br><br>        Plaintiff,<br><br>v.<br><br>EMPLOYERS INSURANCE OF WAUSAU, A MUTUAL COMPANY,<br><br>        Defendant. | Case No. 4:06CV3043<br><br>REASSIGNMENT ORDER |

    Magistrate Judge David L. Piester has determined that his recusal from cases in which the Baylor, Evnen Law Firm or Keating, O'Gara Law Firm are involved may now end. Accordingly,

    IT IS ORDERED that this case is reassigned to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matter. This case remains assigned to District Judge Richard G. Kopf.

    DATED this 1st day of February, 2007.

BY THE COURT:

*s/ Joseph F. Bataillon*

Joseph F. Bataillon, Chief Judge
United States District Court