THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMMONWEALTH ELECTRIC COMPANY OF THE MIDWEST, | ) ) ) | 4:06CV3043 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **JUDGMENT** |
| EMPLOYERS INSURANCE OF WAUSAU, A Mutual Company, | ) ) ) | |
| Defendant. | ) | |

Pursuant to the parties' Stipulation and Joint Motion for Dismissal (filing 28) and Fed. R. Civ. P. 41,

IT IS ORDERED that the plaintiff's complaint, including all claims stated therein, is dismissed with prejudice, with the complete record waived and costs taxed to the parties incurring the same.

March 20, 2007.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge